UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PIRATE BRANDS, LLC, <br><br> Petitioner, <br><br> v. <br><br> ROBERT EHRLICH, SEXYPOP POPCORN, LLC, and RAGF, INC., <br><br> Respondents. | Case No. _____ |

### NOTICE OF PETITION TO CONFIRM ARBITRATION AWARD

PLEASE TAKE NOTICE that, upon the annexed Petition to Confirm Arbitration Award by Petitioner Pirate Brands, LLC ("Petitioner"), dated December 18, 2015; Declaration of Greg A. Call, Esq. in Support of Petition to Confirm Arbitration Award, dated December 16, 2015; the exhibits attached thereto; and Declaration of Scott E. Lerner, Esq. in Support of Petitioner's Request to Seal the Record, dated December 16, 2015, the undersigned will apply, on a date to be determined by the Court, at the United States Courthouse for the Southern District of New York, 500 Pearl Street, New York, New York 10007, for (i) an order, under the Federal Arbitration Act, 9 U.S.C. § 9 confirming the arbitration award from Honorable Stephen G. Crane (Ret.) of JAMS Dispute Resolution Services, dated September 4, 2015, the "Award"), (ii) entry of a judgment embodying the terms of the Award and awarding Petitioner pre-judgment interest, and (iii) for such other relief as the Court deems just and proper.

Dated: New York, New York
December 18, 2015

Respectfully Submitted,

By: _____

Lance Gotko, Esq.
Friedman Kaplan Seiler & Adelman LLP
7 Times Square
New York, NY 10036-6516
Tel: (212) 833-1100
lgotko@fklaw.com

-and-

J. Noah Hagey, Esq.
BraunHagey & Borden LLP
80 Broad St., Suite 1302
New York, NY 10004
Tel./Fax: (646) 829-9403
hagey@braunhagey.com

Counsel for Petitioner PIRATE BRANDS, LLC

TO: Sexypop Popcorn, LLC
100 Roslyn Ave
Sea Cliff, NY 11579

Robert Ehrlich
100 Roslyn Ave
Sea Cliff, NY 11579

RAGF, Inc.
1103 Stewart Ave, Suite 200,
Garden City, NY 11530