UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PIRATE BRANDS, LLC,<br><br>        Petitioner,<br><br>v.<br><br>ROBERT EHRLICH, SEXYPOP POPCORN, LLC, and RAGF, INC.,<br><br>        Respondents. | Case No. _____ |

## RULE 7.1 DISCLOSURE STATEMENT FOR PIRATE BRANDS, LLC

Pursuant to Federal Rule of Civil Procedure 7.1, and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Petitioner Pirate Brands, LLC ("Petitioner") makes the following disclosure:

Petitioner Pirate Brands, LLC is a Delaware limited liability company and is a wholly owned subsidiary of B&G Foods, Inc. B&G Foods Inc. is a public-traded company.

Dated: New York, New York
December 18, 2015

Respectfully submitted,

By: /s/ Lance J. Gotko

Lance J. Gotko
Friedman Kaplan Seiler & Adelman LLP
7 Times Square
New York, NY 10036-6516
Tel: (212) 833-1115
lgotko@fklaw.com

-and-

J. Noah Hagey
BraunHagey & Borden LLP
80 Broad St., Suite 1302
New York, NY 10004
Tel./Fax: (646) 829-9403
hagey@braunhagey.com

Counsel for Petitioner PIRATE BRANDS, LLC