# EXHIBIT 1

| | |
|---|---|
| **From:** | Greg Call |
| **To:** | kelly@kdtalcott.com |
| **Cc:** | Noah Hagey |
| **Subject:** | Pirate Brands, LLC v. Ehrlich, et al., JAMS Ref. No. 1425017097 |
| **Attachments:** | 2015-08-10+-+Final+Award.compressed.pdf |

Mr. Talcott:

I write with respect to the Final Award issued in the above captioned matter on August 10, 2015 (attached).  Please advise, by close of business tomorrow, as whether Mr. Erhlich intends to satisfy the full amount of the award voluntarily, or whether he will require us to confirm it on the public court files, record a judgment lien on his real property, etc., and seek our attorneys' fees and costs for having to do so.

Thanks,

Greg

Greg A. Call

**BraunHagey & Borden** LLP

Office:  (415) 599-0215

Cell:  (510) 206-7108

**San Francisco (Main Office)**

220 Sansome Street, 2nd Floor

San Francisco, CA 94104

Tel. & Fax: (415) 599-0210

**New York**

80 Broad Street, Ste. 1302

New York, NY 10004

Tel. & Fax: (646) 829-9403

This message is intended only for the confidential use of the intended recipient(s) and may contain protected information that is subject to attorney-client, work product, joint defense and/or other legal privileges.  If you are not the intended recipient, please contact me immediately at the phone number listed above and permanently delete the original message and any copies thereof from your email system.  Thank you.