# EXHIBIT 2

| | |
|---|---|
| **From:** | Greg Call |
| **To:** | kpc@conway-conway.com |
| **Cc:** | Noah Hagey; Joanna Cohen (joanna@conway-conway.com) |
| **Subject:** | Pirate Brands, LLC v. Ehrlich et al., Case No. 1:15-cv-09898 (SDNY) |

Mr. Conway,

As you know, we represent Petitioner Pirate Brands in connection with the above-referenced confirmation proceeding against your clients Robert Ehrlich, SexyPop Popcorn LLC and RAGF, Inc.

Pirate Brands filed its petition to confirm the underlying arbitration award on December 18, 2015. Respondents are now in default, and Petitioner intends to move for default judgment. Please advise if Respondents intend to appear. If your clients are willing to stipulate to, and pay, the judgment at this time, Petitioner also is willing to forego seeking its attorneys' fees incurred in connection with the confirmation process. (As you are no doubt aware, the arbitration award is now incontestable under 9 U.S.C.A. §12.)

Feel free to call if you have any questions.

Regards,

Greg

Greg A. Call
**BRAUNHAGEY & BORDEN** LLP
Office: (415) 599-0215
Cell: (510) 206-7108

**San Francisco (Main Office)**
220 Sansome Street, 2nd Floor
San Francisco, CA 94104
Tel. & Fax: (415) 599-0210

**New York**
80 Broad Street, Ste. 1302
New York, NY 10004
Tel. & Fax: (646) 829-9403

This message is intended only for the confidential use of the intended recipient(s) and may contain protected information that is subject to attorney-client, work product, joint defense and/or other legal privileges. If you are not the intended recipient, please contact me immediately at the phone number listed above and permanently delete the original message and any copies thereof from your email system. Thank you.