UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PIRATE BRANDS, LLC,

                        Plaintiff,

-v-

ROBERT EHRLICH, *et al.*,

                        Defendants.

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2-16-16

No. 15-cv-9898 (RJS)
ORDER

RICHARD J. SULLIVAN, District Judge:

    Now before the Court is Plaintiff's motion to confirm an arbitration award. (Doc. No. 11.) IT IS HEREBY ORDERED THAT Defendants shall respond by March 7, 2016. Plaintiff's reply, if any, shall be due March 14, 2016.

SO ORDERED.

Dated:    February 16, 2016
           New York, New York

                                                  RICHARD J. SULLIVAN
                                                  UNITED STATES DISTRICT JUDGE