UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PIRATE BRANDS, LLC,<br><br>            Petitioner,<br><br>    v.<br><br>ROBERT EHRLICH, SEXYPOP POPCORN, LLC, and RAGF, INC.,<br><br>            Respondents. | Case No. 1:15-cv-09898 (RJS) |

### NOTICE OF PETITION TO CONFIRM ARBITRATION AWARD

PLEASE TAKE NOTICE that, upon the annexed Petition to Confirm Arbitration Award by Petitioner Pirate Brands, LLC ("Petitioner"), dated December 18, 2015; Declaration of Greg A. Call, Esq. in Support of Petition to Confirm Arbitration Award, dated December 16, 2015; the exhibits attached thereto; and the Memorandum of Law in Support of Petition to Confirm Arbitration Award and the Supplemental Declaration of Greg A. Call, Esq., the undersigned will petition this Court, before the Honorable Richard J. Sullivan, 40 Foley Square, New York, New York, 10007, Courtroom 905, on a date and at a time designated by the Court, for an order confirming the arbitration award from Honorable Stephen G. Crane (Ret.) of JAMS Dispute Resolution Services, dated September 4, 2015, the "Award," and entry of a judgment embodying the terms of the Award and awarding Petitioner attorneys' fees, costs, and expenses, as well as pre-judgment interest from the date of the Award to the date of entry of judgment, and post-judgment interest.

1

Dated: New York, New York
       February 12, 2016                                      Respectfully Submitted,

                                                          By:   /s/
                                                                 J. Noah Hagey, Esq.

                                                     J. Noah Hagey, Esq.
                                                   Greg A. Call, Esq.
                                                   BraunHagey & Borden LLP
                                                   80 Broad St., Suite 1302
                                                   New York, NY 10004
                                                   Tel./Fax:  (646) 829-9403
                                                   hagey@braunhagey.com
                                                   call@braunhagey.com

                                                   Counsel for Petitioner PIRATE BRANDS, LLC