# BRAUNHAGEY & BORDEN LLP

San Francisco & New York

J. Noah Hagey, Esq.
Managing Partner
hagey@braunhagey.com

March 31, 2016

**VIA ECF AND EMAIL**

The Honorable Richard J. Sullivan
United States District Court
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square, Room 2104
New York, NY 10007
Email: SullivanNYSDChambers@nysd.uscourts.gov

> Re: *Pirate Brands, LLC v. Robert Ehrlich, et al.*, Case No. 1:15-cv-09898 (RJS) – Opposition to Respondents' Request for Leave to File Sur-reply

Your Honor:

On behalf of Petitioner, our client writes in brief opposition to Respondents' March 31, 2016 letter brief (Dkt. 31) seeking leave to file a sur-reply.

Respondents' letter—filed without any prior effort to meet and confer on the requested relief—presents two pages of impermissible legal argument and should be denied as counter to the Court's Standing Order 2.B., that "Sur-reply memoranda will not be accepted without prior permission of the Court."

Should the Court nonetheless grant Respondents' request, our client respectfully requests leave to file a response of equal length to such sur-reply.

Respectfully submitted,

J. Noah Hagey

Cc: Kevin P. Conway, Esq. (Respondents' counsel, *via* ECF and email)